### HILL v. HILL.

LUMPKIN, J. 1. There was no error in overruling the demurrer to the plaintiff's petition, or in allowing the amendment thereto.

2. While some of the rulings of the court may not have been free from slight inaccuracies, none of them are such as to require a new trial.

3. The verdict was supported by the evidence, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

JULY 16, 1914.

Equitable petition. Before Judge Ellis. Fulton superior court. July 5, 1913.

*Daniel MacDougald,* for plaintiff in error. *T. J. Ripley,* contra.

---

### FOX v. BURNS.

EVANS, P. J. 1. Where in the bill of exceptions error is neither assigned on the judgment overruling a demurrer nor on the exceptions certified pendente lite, the judgment on demurrer is not brought under review.

2. The evidence was sufficient to support the verdict. Some of the excerpts from the charge may not have been strictly applicable; but, in view of the entire charge, which fairly submitted the issues, such error will be deemed harmless.      *Judgment affirmed. All the Justices concur.*

JULY 16, 1914.

Equitable petition. Before Judge Sheppard. Effingham superior court. June 24, 1914.

*H. B. Strange,* for plaintiff in error.